## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:                       )        **CHAPTER 13**
**DEJA JOHNSTON**        )        **CASE: A25-58819-JWC**
                          )
                          )
      **DEBTOR**         )

## CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION
## AND MOTION TO DISMISS CASE

COMES NOW, Nancy J. Whaley, the Standing Chapter 13 Trustee herein, and objects to Confirmation of the plan for the following reasons:

### 1.

The Trustee was unable to conduct the Meeting of Creditors pursuant to 11 U.S.C. Section 341 because the Debtor failed to appear.

### 2.

The Debtor's payments under the proposed plan are not current, thus indicating that this plan is not feasible. 11 U.S.C. Section 1325(a)(6).

### 3.

The Debtor has failed to provide to the Trustee a copy of the 2024 tax return filed with Internal Revenue Service in violation of 11 U.S.C. Section 521(e)(2)(A).

### 4.

The Debtor has failed to file the sixty (60) days of pay advices pursuant to 11 U.S.C. Section 521(a)(1).

### 5.

The Debtor has failed to file the Official Form 122C-1 and/or 122C-2 pursuant to 11 U.S.C. Section 101(10A).

6.

The proposed plan does not include the revised local plan language for the payment of Attorney's Fees pursuant to General Order No. 42-2020. Further, the Rule 2016(b) Disclosure Statement fails to contain an assignment from the Debtor to her attorney for funds to be paid for attorney's fees upon pre-confirmation dismissal or conversion.

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of the Debtor's plan, and to dismiss the case.

This the 17th day of September, 2025.

Respectfully submitted,

/s/_____
Maria C. Joyner
Attorney for the Chapter 13 Trustee
State Bar No. 118350

## CERTIFICATE OF SERVICE

Case No:  A25-58819-JWC

I certify that on this day I caused a copy of this Chapter 13 Trustee's Objection To Confirmation And Motion To Dismiss Case to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

**Debtor(s)**

DEJA JOHNSTON
1263 KYLEMORE LN
SNELLVILLE, GA 30078
GWINNETT-GA, WI

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Objection To Confirmation And Motion To Dismiss Case using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**

ACE LAW, LP

This the 17th day of September, 2025.

/s/_____
Maria C. Joyner
Attorney for the Chapter 13 Trustee
State Bar No. 118350
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201